**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8050**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DAVID FITZGERALD LIGHTNER,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CR-93-133-P, CA-01-580-3-2-MU)

———————

Submitted:  March 14, 2002          Decided:  March 25, 2002

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

David Fitzgerald Lightner, Appellant Pro Se.  Gretchen C. F.
Shappert, Assistant United States Attorney, Charlotte, North
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Fitzgerald Lightner seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lightner, Nos. CR-93-133-P; CA-01-580-3-2-MU (W.D.N.C. filed Nov. 9, 2001, entered Nov. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2